No. 64235.—Seaboard Import Co., Inc. v. United States, protest 59/28997 (New York).

Opinion by OLIVER, C.J.   In accordance with oral stipulation of counsel that the merchandise consists of celluloid flowers similar in all material respects to those the subject of Abstract 59302, the claim of the plaintiff was sustained.

No. 64236.—American Customs Brokg. Company, for account of Asiatic Trading Company, Ltd., et al. v. United States, protests 305838–K, etc. (Honolulu).

Opinion by OLIVER, C.J.   In accordance with stipulation of counsel that the merchandise is similar in all material respects to that the subject of Abstract 63321, the claim of the plaintiffs was sustained.